

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| GABRIEL CHAVEZ, | § | |
| Appellant, | § | No. 08-20-00189-CV |
| v. | § | Appeal from the |
| DENISE CHAVEZ, | § | 388th District Court |
| Appellee. | § | of El Paso County, Texas |
| | § | (TC# 2019DCV4358) |
| | § | |

# **J U D G M E N T**

The Court has considered this cause on the agreed motion to dismiss the appeal and concludes the motion should be granted and the appeal should be dismissed. We therefore dismiss the appeal. We further order each party will bear its own costs, and this decision be certified below for observance.

IT IS SO ORDERED THIS 26TH DAY OF JANUARY, 2021.


GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.